IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

MALIK NASIR,                                        :

        Movant/Defendant,                      :

    v.                                             :

NAIMA NASIR                                         :

REGISTER OF WILLS                                  :     Civil Action No.          **24 - 0 0 9 7**

COURT OF CHANCERY                                  :

ADAM GERBER,                                        :

       Respondent/Defendants,                 :

CIVIL ACTION TO ENFORCE THE PAYMENT OF DEBT FROM A JUDGMENT AND LEGAL

MALPRACTICE

Petitioner Malik Nasir ("Petitioners") respectfully requests this Honorable Court enter an order

To enforce the payment of debt that Naima Nasir owes him from a judgment in the Court of Chancery

That occurred on the day of May 30, 2023 in the amount of $101, 265.79, which is the equivalent to

Exactly half of the money that Naima Nasir acquired when she illegally obtained a will without Malik

Nasir being on the will. Malik Nasir is also requesting that the court add on the 10% interest rate from

The date of judgment, that is required under Delaware law. Petitioner is also requesting that Naima

Nasir bring forth the annuity to the court that she admitted that she had at trial on May 30, 2023 that

Lorraine Nasir had left intestate, because the will that Naima Nasir brought to the Register of Wills was

Eventually invalidated. Malik Nasir is also asking the court to put liens Naima Nasir's bank accounts,

Real property and/ or garnish her wages if she does not pay the money at the date the court should set

For her to pay the money. Petitioner is also requesting $200,00 in emotional distress and pain and

Suffering money for the Court of Chancery and Register of Wills not doing their jobs and making Naima

Nasir do what she is supposed to do. Finally, Malik Nasir is suing Adam Gerber for Legal Malpractice

For his negligence of not notifying Malik Nasir about anything in regards to this case and not even

Contacting him.

Argument

Petitioner raises all of the arguments that are in the attached Civil Action that was raised in his

Civil Action to Enforce the Payment of Debt from a Judgment lawsuit filed in the Superior Court in the

State of Delaware.

Conclusion

So, with all of that said, Malik Nasir is requesting the District of Delaware to make Naima Nasir Pay the money that she owes him as soon as possible and to make the Register of Wills and the Court Of Chancery pay him $200, 000 for violating his 6th Amendment Constitutional Right to Due Process, Causing him severe emotional distress and pain and suffering.  Malik Nasir is homeless, was incarcerated For seven years, lost his mother while incarcerated and can't find work because he has a record. Petitioner needs his money immediately because of all of this. The plaintiff is also asking the court to Set a trial for the legal malpractice that Adam Gerber is exhibiting in this case and Malik Nasir is Requesting that he be awarded $100, 000 for the extreme negligence that Mr. Gerber is showing as Well as being complicit in the inaction of Naima Nasir, the Court of Chancery and the Register of Wills.

Respectfully Submitted,

Malik Nasir

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MALIK NASIR                          :

    Petitioner                   :

    v.                           :

NAIMA NASIR                          :          C. A. NO.

REGISTER OF WILLS                    :          K24C-01-011

COURT OF CHANCERY                    :

    Respondents               :

CIVIL ACTION TO ENFORCE THE PAYMENT OF DEBT FROM A JUDGMENT

Petitioner Malik Nasir ("Petitioners") respectfully requests this Honorable Court enter an order

To enforce the payment of debt that Naima Nasir owes him from a judgment in the Court of Chancery

That occurred on the day of May 30, 2023 in the amount of $101, 265.79, which is the equivalent to

Exactly half of the money that Naima Nasir acquired when she illegally obtained a will without Malik

Nasir being on the will. Malik Nasir is also requesting that the court add on the 10% interest rate from

The date of judgment, that is required under Delaware law. Petitioner is also requesting that Naima

Nasir bring forth the annuity to the court that she admitted at trial on May 30, 2023 that Lorraine Nasir

Had left intestate, because the will that Naima Nasir brought to the Register of Wills was eventually

Invalidated. Malik Nasir is also asking the court to put liens on Naima Nasir's bank accounts, real

Property and/ or garnish her wages if she does not pay the money at the date the court should set for

Her to pay the money. Petitioner is also requesting $200, 000 in emotional distress and pain and

Suffering money for the Courts not doing their jobs and making Naima Nasir do what she is supposed

To do.

            I.     Procedural Posture

    1.  Lorraine Nasir ("the Decedent") died a resident of Kent County, Delaware, on December

30, 2020.

    2.  Respondent is the Decedent's daughter. Naima Nasir filed a will in February of 2021 and

Malik Nasir challenged the will six months later when he saw that he was left out of the will. After years

Litigation, this court held a one-day bench trial in which the Court of Chancery ruled in Malik Nasir's

Favor.

3. Petitioner Malik Nasir is the Decedent's son.

4. The Petitioner and Respondent are now intestate beneficiaries of the Estate, after this

The Court of Chancery's ruling in Malik Nasir v. Naima Nasir on May 30, 2023.

5. In October of 2023, Malik Nasir filed a Petition to have Naima Nasir removed as Personal

Representative of the Estate of Lorraine Nasir.

6. Three months have passed and the Court of Chancery has not made a ruling or set a

Court date.

7. After two months of non-action from the Court of Chancery on that Petition, Malik Nasir

Filed a Motion to Enforce and Clarify the Implementation of Judgment on December 8, 2023 and it has

Been over a month and some change without a ruling or court date.

## II.       Argument

It has been eight months since the Court of Chancery has ruled in Malik Nasir's favor and he has

Not received a penny. Petitioner has made several attempts to get the Court of Chancery and Register of

Wills to get Naima Nasir to pay what she owes Malik Nasir, but to no avail. Since the beginning of this

Matter, the Register of Wills has never made Naima Nasir notify Malik Nasir about anything. Petitioner

Didn't even know Naima Nasir had an attorney until last month when he went to the Register of Wills

And was told by one of the employees. Malik Nasir does not even know who Naima Nasir's attorney is,

Because the Court of Chancery and the Register of Wills are not doing their job. Every time Malik Nasir

Has had to file something in the Court of Chancery and the Register of Wills, he has had to send Naima

Nasir a copy, but when she filed the will to the Register of Wills, got an attorney or filed anything else,

Malik Nasir was never notified except maybe one time. Malik Nasir was not even notified about the will

Filing in February of 2021 and the only reason he knew to challenge the will in six months was due to his

Own reading and studying of the law while he was incarcerated. The Register of Wills and the Court of

Chancery has had multiple hearings with Naima Nasir, without the Petitioner being notified and it seems

To Malik Nasir that the two Courts are trying to work against him.

## Conclusion

So, with all of that said, Malik Nasir is requesting the Superior Court of Delaware to make Naima

Nasir pay the money that she owes him as soon as possible and to make the Register of Wills and the

Court of Chancery pay him $200, 000 for violating his 6th Amendment Constitutional Rights to Due

Process, causing him severe emotional distress and pain and suffering. Malik Nasir is homeless, was

Incarcerated for 7 years, lost his mother while incarcerated and can't find work because he has a record.

Petitioner needs his money immediately, because of all of this.

Respectfully Submitted,

Malik Nasir

1/17/2024