IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MALIK NASIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 24-97-CFC |
| | ) | |
| NAIMA NASIR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington on this Eighteenth day of February in 2025, consistent with the Memorandum Opinion issued this date, it is HEREBY ORDERED that:

1. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of the Court is directed to **CLOSE** the case.

_____
Chief Judge